FILED
2015 NOV 30 AM 10: 16
M.L. [illegible], CLK.
U.S. BANKRUPTCY COURT
W.D. OF WA AT TACOMA
BY_____DEP. CLK.

Hon. Paul B. Snyder
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

RUSSELL DONALD KALLWICK,
BARBARA JEAN KALLWICK,

Debtors.

No. 11-43061-PBS

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS/DE MINIMIS DISTRIBUTION

The Chapter 7 Trustee Russell D. Garrett, pursuant to 11 U.S.C. § 347(a), and Bankruptcy Rule 3011, remits unclaimed/de minimis proceeds in the amount of $5,121.61 of the following creditor to the Clerk of this Court:

| Claim No. | Creditor | Distribution |
|---|---|---|
| 3 | Robert W. Gunter<br>671 24th<br>Longview, WA 98632 | $5,121.61 |

DATED this 25th day of November, 2015.

JORDAN RAMIS, P.C.

By /s/ Russell D. Garrett
Russell D. Garrett, WSBA #18657
Chapter 7 Trustee

NOTICE OF DEPOSIT OF UNCLAIMED
FUNDS/DE MINIMIS DISTRIBUTION - Page 1

JORDAN RAMIS, P.C.
1499 SE Tech Center Place,
Suite 380
Vancouver, WA 98683
Telephone: 360-567-3900